# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors and Debtors in Possession
By: Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT S. DEAN and DEBBIE D. DEAN, husband and wife<br><br>Debtors. | 2:10-bk-18841-SSC<br><br>**Chapter 11**<br><br>**Order Appointing Attorneys for Debtors-In-Possession**<br><br>Assigned to: Honorable Sarah Sharer Curley |

The Debtor herein having filed its Application for Appointment of Attorneys for Debtor-in-Possession Pursuant to Rule 2014, together with counsel's Rule 2014 Attorneys Certificate;

NOW THEREFORE, IT IS HEREBY ORDERED that Kelly G. Black and the law firm of Jackson White, P.C. be and hereby are authorized to act as attorney for the Debtor and Debtor-in-Possession in this proceeding effective as of the Petition Date.

SIGNED AND DATED ABOVE.

---
24957-001\374675.docx