# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ROBERT S & DEBBIE D DEAN |
| **Case Number:** | 2:10-bk-18841-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 22, 2012 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matters:

1) HEARING RE Motion to Authorize Secured Debt and Use of Estate Property filed by KELLY G. BLACK of JACKSON WHITE on behalf of DEBBIE D DEAN, ROBERT S DEAN
   **R / M #:**  72 / 0

2) HEARING RE Motion to Assume Personal Property Leases filed by KELLY G. BLACK of JACKSON WHITE on behalf of DEBBIE D DEAN, ROBERT S DEAN
   **R / M #:**  61 / 0

3) HEARING RE MOTION FOR STAY RELIEF FILED BY ALAN LEVINSKY ON BEHALF OF INFINITI FINANCIAL SERVICES
   **R / M #:**  65 / 0

4) HEARING RE MOTION FOR STAY RELIEF FILED BY ALAN LEVINSKY ON BEHALF OF INFINITI FINANCIAL SERVICES (2008 Infiniti QX56)
   **R / M #:**  59 / 0

### Appearances:

ALAN LEVINSKY, ATTORNEY FOR INFINITI FINANCIAL SERVICES

### Proceedings:

Mr. Levinsky reports that parties have a stipulation. He asked the court to vacate the hearings.

COURT: THE COURT NOTES A STIPULATION IS FORTHCOMING.  IT IS ORDERED VACATING THESE HEARINGS

Case 2:10-bk-18841-SSC    Doc 93    Filed 02/22/12    Entered 02/27/12 15:17:54    Desc
Main Document    Page 1 of 1