# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Attorneys for Debtors and Debtors in Possession
By:    Kelly G. Black, No. 016376, kblack@jacksonwhitelaw.com
         centraldocket@jacksonwhitelaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT S. DEAN and DEBBIE D. DEAN, husband and wife<br><br>    Debtors. | No. 2:10-bk-18841-SSC<br><br>Chapter 11 Proceedings<br><br>**Notice of Bar Date Regarding Motion to Value Claims Secured By 3125 East Kristal Way, Phoenix, Arizona 85050 and Notice of Plan Provisions Related Thereto**<br><br>Assigned to: Honorable Sarah Sharer Curley |

TO:    Paradise Valley Terrace II Homeowners Association

        Chase Home Finance

YOU ARE HEREBY NOTIFIED that Robert S. Dean and Debbie D. Dean ("Debtors") have filed with the bankruptcy court, as Docket Item 184 in the above-captioned matter, a motion entitled "Motion to Value Claims Secured By 3125 East Kristal Way, Phoenix, Arizona 85050 and Notice of Plan Provisions Related Thereto" (the "Motion").

The Motion involves the secured claims identified by class and property as follows:

| Class | Property |
|---|---|
| 3 | 3125 East Kristal Way, Phoenix, Arizona 85050 |
| 4 | 3125 East Kristal Way, Phoenix, Arizona 85050 |

The holders of the claims in Classes 3 and 4 are Paradise Valley Terrace II Homeowners Association and Chase Home Finance.

Page 1

The Motion requests that the Court value the claims of the holders of these claims. The motion also provides notice of Debtors' plan provisions affecting valuation and treatment by quoting the provisions of paragraphs 3.3. and 3.4. If the motion is granted, Paradise Valley Terrace II Homeowners Association will be allowed no pre-petition secured claim, a pre-petition unsecured claim in the amount of $1,696.00, a secured post-petition claim in the amount of $2,371.00 through March 31, 2013, and such further secured post-petition claim for periods beginning April 1, 2013 as may be established by stipulation or motion filed before the effective date, less payments made after the date the plan was filed.

For its part, if the motion is granted, Chase Home Finance will be allowed no secured claim, an unsecured claim in the amount of $61,060.31, and the lien will be released. In addition, the duplicate claims 19 and 20 will be allowed only once, and in the manner provided in the plan.

YOU ARE FURTHER NOTIFIED that Local Rule of Bankruptcy Procedure for the District of Arizona 9013-1(c) provides that a party responding to a motion shall have 14 days after service within which to serve and file a responsive memorandum.

YOU ARE FURTHER NOTIFIED that the requested relief may be granted if no timely objection is served and filed.

YOU ARE FURTHER NOTIFIED that if a timely objection is served and filed, Debtors will request that the motion be heard at the hearing to consider the confirmation of Debtors plan, to be held before the Honorable Sarah Sharer Curley at the United States Bankruptcy Court, 230 North First Ave., 7th Floor, Courtroom 701, Phoenix, Arizona, on May 21, 2013 at 10:00 a.m.

DATED this 17th day of April, 2013.

JACKSON WHITE, P.C.

/s/ Kelly G. Black
Attorneys for Debtors and Debtors in Possession
By: Kelly G. Black, No. 016376

23107-001\626569.docm